UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNG DANG, M.D.,<br><br>                Plaintiff,<br>v.<br><br>KIMBERLY MOORE, M.D., et al<br><br>                Defendant(s). | CASE NO. 20-cv-06178-MAT<br>[to be filled in by Clerk's Office]<br><br>NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE<br>[FRCP 41(a)(1)(A)(i)] |

COMES NOW PLAINTIFF HUNG DANG, M.D., *pro se*, and hereby gives notice that he dismisses his Complaint filed in this action without prejudice, as against all defendants, prior to either an answer or a motion for summary judgment filed by any defendant, as authorized by Fed. R. Civ. P. 41(a)(1)(A)(i),

DATED: December 21, 2020.

_Hung Dang_
Signature of Plaintiff

Printed Name of Plaintiff    HUNG DANG, M.D.

NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE